UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:07cr105/MCR and
                                                                             3:07cr132/MCR

HOLLY BARNES

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   December 21, 2007
Motion/Pleadings:  MOTION TO RECONSIDER DETENTION
Filed by   Defendant                   on   12/19/2007    Doc.#   27 & 11
RESPONSES:
 Government                             on   12/20/2007    Doc.#   28 & 12
                                        on                 Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        s/ *Susan Simms*
LC (1 OR 2)                             Deputy Clerk

# *ORDER*

   Upon consideration of the foregoing, it is ORDERED this 21st day of December, 2007, that:

   The relief requested is DENIED.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.