IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:07cr105/MCR; 3:09cv289/MCR/MD
3:07cr132/MCR; 3:09cv290/MCR/MD

HOLLY M. BARNES

___

**O R D E R**

In each of the above-styled cases, defendant has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. (doc. 54, 35), a motion for extension of time in which to file memorandum (doc. 55, 36), a motion to proceed *in forma pauperis* (doc. 56, 37) and a motion to proceed pro se (doc. 57, 38).

Accordingly it is ORDERED:

Defendant's motions for extension of time (doc. 55, 36) are GRANTED. She shall file two originals and one service copy of her supporting memorandum of law on or before August 24, 2009. The court will direct service of the § 2255 motion after this date, regardless of whether a supporting memorandum has been submitted.

Defendant's motions to proceed *in forma pauperis* (doc. 56, 37) are denied as moot. No filing fee is required for the filing of a § 2255 motion.

Defendant's motions to proceed pro se (doc. 57, 38) are GRANTED.

DONE AND ORDERED this 9th day of July, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**