IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA     3:07cr105/MCR
    3:09cv289/MCR/MD

v.

HOLLY M. BARNES     3:07cr132/MCR
    3:09cv290/MCR/MD
_____

**O R D E R**

    This cause is before the court on defendant's motions to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 (docs. 54 and 35) and memorandums in support (docs. 66 and 45).

    Accordingly, it is therefore ORDERED:

    The clerk of this court is directed to furnish a copy of this order and of the motions to vacate, set aside, or correct sentence and memorandums in support to the Office of the United States Attorney for this district, which office shall have sixty (60) days from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

    The clerk shall docket this order in each of the above-styled cases.

    DONE AND ORDERED this 2nd day of September, 2009.

    /s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**