IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:07cr105/MCR
 3:09cv289/MCR/MD

HOLLY BARNES

## O R D E R

This cause is before the court upon the government's amended response to defendant's motion to vacate, set aside or correct sentence pursuant to Title 28, United States Code, Section 2255 (doc. 72). Before the court rules on this matter, the defendant shall have the opportunity to respond.

Accordingly, it is ORDERED:

Defendant shall have **thirty (30) days** from the date this order is entered on the docket in which to file a reply to the government's amended response.

DONE AND ORDERED this 18th day of November, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**