IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                            3:07cr105/MCR
                                                   3:09cv289/MCR/MD

**HOLLY M. BARNES**
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 22, 2010. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     The motion to vacate, set aside, or correct sentence (doc. 54) is DENIED.

      3.     A certificate of appealability is denied in this case.

      DONE AND ORDERED this 24th day of May, 2010.

                                           _s/ M. Casey Rodgers_
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**